MICHELE D'ANNUCCI, Appellant, v. SAMUEL GOLDSTEIN and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JAMES L. GRIGGS, Respondent, v. SIMON G. KEMPE and Another, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

FLORA E. COATTA, Respondent, v. PALACE THEATRE AND REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., and Martin, J., dissenting.

JAMES COATTA, Respondent, v. PALACE THEATRE AND REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., and Martin, J., dissenting.

AUGUSTUS B. CARRINGTON, Respondent, v. FRANK BEGRISCH, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to serve an answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MARGARET FRANK, Plaintiff, v. LOUIS LEVY, Defendant.— Submission dismissed, there being no real controversy between the parties. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LENA SCARTH, Respondent, v. DETROIT FIDELITY AND SURETY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONSON MORRIS, Respondent, v. HELEN M. BURR and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.; Clarke, P. J., dissents upon the ground that it would not be for the best interests of the child to compel the week-end visits to the father provided for in the order appealed from.

HENRY SCHLOSS and Others, Copartners, Doing Business under the Firm Name of NATIONAL WHALEBONE COMPANY, Respondents, v. MILLER CORSETS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MAX SCHWARZ TEXTILE CORPORATION, Respondent, v. ALBERT DULIEU and Another, Copartners, Trading under the Style of DULIEU & VAN STEENKISTE, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

ROSE M. YUCHT, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

LOUIS MEYER and Another, Copartners, Doing Business under the Firm Name